**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| B.P., a single individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES W. PIDGE and JANE DOE PIDGE, ) <br> individually and their marital community, ) <br> ) <br> Defendants. ) <br> ) | NO: 12-cv-06069 BHS <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING ORDER** |

THIS MATTER came before the Court on Plaintiff's unopposed Motion to Continue Trial Date and to Modify Scheduling Order. The Court considered the following documents:

1. Plaintiff's Motion;
2. Declaration of T. Jeffrey Keane in Support of Plaintiff's Motion;
3. Plaintiff's Reply Brief; and,
4. The files and records herein.

It is hereby ORDERED that Plaintiff's unopposed Motion to Continue Trial Date and to Modify Scheduling Order is GRANTED.

It is further ORDERED that the trial date is continued from its currently scheduled date of May 27, 2014 to December 14, 2014.

It is further ORDERED that the Clerk shall issue a new Scheduling Order corresponding to the new trial date.

Dated this 11th day of December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1
12-cv-06069 BHS